# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAHEEM LA'MONZE PLATER,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | No. CIV-20-1091-R |
| ) | |
| REGINALD WALTON, et al.,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On January 13, 2021, Judge Mitchell issued a Report and Recommendation wherein she recommended the case be dismissed upon screening pursuant to 28 U.S.C. § 1915A(b) and § 1915(e)(2)(B). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED to the extent it is consistent with this Order and this action is DISMISSED. Plaintiff's claims against the Defendants in their individual capacities are DISMISSED WITH PREJUDICE. His claims against Defendants in their official capacities are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of February 2021.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE